| **Information to identify the case:** | |
|---|---|
| Debtor 1   **Marvin Hatcher III** | Social Security number or ITIN   **xxx–xx–4282** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | |
| Case number:   **19–28887** | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marvin Hatcher III

January 27, 2020                                    **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                          United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 19-28887-DLT
Marvin Hatcher, III                                               Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: admin             Page 1 of 1          Date Rcvd: Jan 27, 2020
                              Form ID: 318            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             +Marvin Hatcher, III,    1221 W. 108th Pl,    Chicago, IL 60643-3702
28281644       +Childess Associates,    1737 S Naperville Road,    Wheaton, IL 60189-5894
28281645       +City of Chicago,   Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
28281646        City of Chicago Parking,    121 N LaSalle Street,    Room 107A,   Chicago, IL 60602-1232
28281647        City of Chicago Red Light Camera,     PO Box 8073,    Chicago, IL 60680-8073
28281650        EMERGENCY PHYSICIANS OF BLUE ISLAND,    4535 DRESSLER RD NW,    Canton, OH 44718-2545
28281653       +Metro South Hospital,    12246 S. Pulaski Road,    Alsip, IL 60803-1405
28281654        Midwest Title,   3751 79th,    Chicago, IL 60652
28281655       +Secretary of State,   Safety & Financial Responsibility,     2701 South Dirksen Parkway,
                 Springfield, IL 62723-1000
28281656        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
28281657        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,   Iowa City, IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRRPETERSON.COM Jan 28 2020 07:18:00      Ronald R Peterson,    Jenner & Block LLP,
                 353 N. Clark Street,    Chicago, IL 60654-5474
28281643       +EDI: CINGMIDLAND.COM Jan 28 2020 07:18:00      AT&T,    Bankruptcy Department,
                 5407 Andrew Highway,    Midland, TX 79706-2851
28281640       +E-mail/Text: mnapoletano@ars-llc.biz Jan 28 2020 03:07:26       Ability Recovery Servi,
                 Po Box 4031,    Wyoming, PA 18644-0031
28281641       +E-mail/Text: bankruptcy@rentacenter.com Jan 28 2020 03:07:38       Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
28281642       +EDI: PHINHARRIS Jan 28 2020 07:18:00      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28281648        EDI: COMCASTCBLCENT Jan 28 2020 07:18:00      Comcast,    PO Box 3002,
                 Southeastern, PA 19398-3002
28361558       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Jan 28 2020 03:07:07
                 Commonwealth Edison Company,    Bankruptcy Department,    1919 Swift Drive,
                 Oak Brook, IL 60523-1502
28281649       +EDI: DCI.COM Jan 28 2020 07:19:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
28281651        E-mail/Text: bknotice@ercbpo.com Jan 28 2020 03:05:49       Enhanced Recovery Collection,
                 Bankruptcy Department,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
28281652       +E-mail/Text: support@ljross.com Jan 28 2020 03:04:51       LJ Ross Associates,    PO Box 1838,
                 Ann Arbor, MI 48106-1838
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Marvin  Hatcher, III davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.axosfs.com;docketing@jenner.com
                                                                                             TOTAL: 3
```